202

No. 11–0514/NA. U.S. v. Damien J. Autry. CCA 201100105. On consideration of the petition for grant of review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals, it is ordered that said petition is hereby granted, and, the decision of the United States Navy–Marine Corps Court of Criminal Appeals is affirmed.* [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 12–0149/AR. U.S. v. Christopher L. Stadel. CCA 20090820. Appellee's motion to extend time to file a brief granted, *up to and including May 11, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

* It is directed that the promulgating order be corrected to reflect the finding of Specification 4, Charge II, was guilty, and the findings of Specifications 5, 7, and 8 of Charge II were guilty with exceptions and substitutions.